**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY JUNIOR FERNANDEZ, | Case No.: 1:19-cv-0634 - JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 18) |
| Defendant. | |

Roy Junior Fernandez and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees in the amount of $6,000.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18)  Subject to the terms of the stipulation, the Court **ORDERS:**

1. Plaintiff's motion for attorney's fees (Doc. 18) is **GRANTED**; and
2. Fees in the amount of $6,000.00 are **AWARDED** to Roy Junior Fernandez.

IT IS SO ORDERED.

Dated: __**July 22, 2020**__          __**/s/ Jennifer L. Thurston**__
                                                        UNITED STATES MAGISTRATE JUDGE